(109 App. Div. 919)

PEOPLE ex rel. TIETJEN v. REIS, City Assessor, et al.

(Supreme Court, Appellate Division, Third Department. November 21, 1905.)

Certiorari by the people, on the relation of John F. Tietjen, against Michael A. Reis, as assessor of the city of Kingston, and others, to review a special assessment of relator's property. Assessment annulled.

Argued before PARKER, P. J., and SMITH, CHASE, CHESTER, and HOUGHTON, JJ.

PER CURIAM. It appearing that the assessment of relator, complained of, is excessive and unequal, such assessment is annulled,

with $50 costs and disbursements, on the opinion in People ex rel. Connelly v. Reis (decided at this term) 96 N. Y. Supp. 597.

HOUGHTON, J., not voting, not being a member of this court at the time this decision is handed down.